BERTHA S. BABCOCK, Respondent, *v.* MILLARD C. BAB-
COCK et al., Appellants.

(Submitted November 20, 1933; decided January 16, 1934.)

*James McCall* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

Motion for leave to appeal granted.